

United States District Court
Eastern District of California

| | |
|---|---|
| Franklin Huffman, et al. | |
| Plaintiff(s) | Case Number: 2:25-cv-01453-TLN-JDP |
| V. | |
| Subaru of America, Inc. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ryan P. McDevitt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

On 12/01/2010 (date), I was admitted to practice and presently in good standing in the state of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

John Wade v. Toyota Motor North America, Inc., et al., 8:22-cv-01071-TLN-CKD

Pro Hac Vice Order Granting Admission filed April 21, 2025

Date: 05/28/2025      Signature of Applicant: /s/ Ryan P. McDevitt

**Pro Hac Vice Attorney**

Applicant's Name:          Ryan P. McDevitt

Law Firm Name:             Keller Rohrback L.L.P.

Address:                   1201 Third Avenue, Suite 3400

City:            Seattle              State:    WA      Zip:    98101

Phone Number w/Area Code:  (206) 623-1900

City and State of Residence:  Seattle, WA

Primary E-mail Address:    rmcdevitt@kellerrohrback.com

Secondary E-mail Address:  bspangler@kellerrohrback.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Matthew Melamed

Law Firm Name:             Keller Rohrback L.L.P.

Address:                   180 Grand Avenue, Suite 1380

City:            Oakland              State:    CA      Zip:    94612

Phone Number w/Area Code:  (510) 463-3900           Bar #    260272

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   May 28, 2025                    _____
                                         JUDGE, U.S. DISTRICT COURT