

# United States District Court
# Eastern District of California

| Franklin Huffman, et al. |
Plaintiff(s)

V.

| Subaru of America, Inc. |
Defendant(s)

Case Number: 2:25-cv-01453-TLN-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Benjamin F. Johns hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs

On 10/13/2005 (date), I was admitted to practice and presently in good standing in the state of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

John Wade v. Toyota Motor North America, Inc., et al., 8:22-cv-01071-TLN-CKD
Pro Hac Vice Order Granting Admission filed April 17, 2025

Date: 05/28/2025           Signature of Applicant: /s/ Benjamin F. Johns

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Benjamin F. Johns |
| Law Firm Name: | Shub Johns & Holbrook LLP |
| Address: | 200 Barr Harbor Drive, Suite 400 |
| City: | Conshohocken       State: PA   Zip: 19428 |
| Phone Number w/Area Code: | (610) 477-8380 |
| City and State of Residence: | Drexel Hill, PA |
| Primary E-mail Address: | bjohns@shublawyers.com |
| Secondary E-mail Address: | info@shublawyers.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew Melamed |
| Law Firm Name: | Keller Rohrback L.L.P. |
| Address: | 180 Grand Avenue, Suite 1380 |
| City: | Oakland       State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 463-3900   Bar # 260272 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 28, 2025

_[signature]_
JUDGE, U.S. DISTRICT COURT