| | |
|---|---|
| 1 | Amir Nassihi (SBN 235936) |
| 2 | anassihi@shb.com |
| 3 | SHOOK, HARDY & BACON L.L.P. |
| | 555 Mission Street, Suite 2300 |
| 4 | San Francisco, CA 94105 |
| 5 | Tel: (415) 544-1900 | Fax: (415) 391-0281 |
| 6 | Attorneys for Defendant |
| 7 | SUBARU OF AMERICA, INC. |
| 8 | [Additional Counsel for the Parties Listed on Signature Page] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN HUFFMAN, DANIELLE BULS, CLAUDIA DIES, AND MATTHEW KULL, | Case No.: 2:25-cv-01453-TLN-JDP |
| | Chief Judge: Hon. Troy L. Nunley |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| SUBARU OF AMERICA, INC., | |
| Defendant. | Complaint Filed: May 23, 2025 |

1  Pursuant to E.D. Cal. L.R. 143 and 144, Plaintiffs Franklin Huffman, Danielle
2  Buls, Claudia Diez, and Matthew Kull ("Plaintiffs") and Defendant Subaru of America
3  Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned
4  counsel, stipulate and agree as follows:

5  **WHEREAS**, on May 23, 2025, Plaintiffs' counsel in this case filed a complaint
6  ("Complaint") against Defendant in the United States District Court for the Eastern
7  District of California, captioned *Franklin Huffman, et al., v. Subaru of America Inc.*,
8  No. 2:25-cv-01453-TLN-JDP (the "Action");

9  **WHEREAS**, on May 28, 2025, Plaintiffs served the Summons and Complaint
10 on Defendant;

11 **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the
12 deadline for Defendant to respond to the Complaint is currently June 18, 2025;

13 **WHEREAS**, counsel for the Parties have met and conferred regarding
14 Defendant's deadline to respond to the Complaint and agreed to seek the Court's
15 approval that Defendant may have up to and including August 15, 2025 to respond to
16 the Complaint, to allow Defendant sufficient time to evaluate and respond to the
17 Complaint's 26 counts; and

18 **WHEREAS**, no previous extensions of Defendant's time to respond to the
19 Complaint have been requested in this Action.

20 **IT IS HEREBY STIPULATED** by and between the Parties that Defendant's
21 response to the Complaint shall be filed on or before August 15, 2025.
22 //
23 //
24 //
25 //
26 //
27 //
28

| | |
|---|---|
| Dated: June 10, 2025 | Respectfully Submitted, |
| | SHOOK, HARDY & BACON L.L.P. |
| | By: /s/ *Amir Nassihi* |
| | Amir Nassihi (SBN 235936) |
| | *Attorneys for Defendant* |
| | *SUBARU OF AMERICA, INC.* |
| Dated: June 10, 2025 | KELLER ROHRBACK L.L.P. |
| | By: /s/ *Benjamin F. Johns* (as authorized on 6/10/25) |
| | Jonathan Shub (SBN 237708) |
| | Benjamin F. Johns (*Pro Hac Vice*) |
| | *Attorneys for Plaintiffs* |

In accordance with the foregoing stipulation **IT IS SO ORDERED.**

Dated: June 10, 2025

_____

The Honorable Troy L. Nunley
Chief United States District Judge