Amir Nassihi, CSB # 235936
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281
anassihi@shb.com

*Counsel for Defendant Subaru of America, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRANKLIN HUFFMAN, DANIELLE BULS, CLAUDIA DIEZ, AND MATTHEW KULL, <br><br> Plaintiff, <br><br> v. <br><br> SUBARU OF AMERICA, INC.; <br><br> Defendants. | **NOTICE OF RELATED CASES** <br><br> No. 2:25-cv-01453-TLN-JDP |

**TO THE COURT AND THE PARTIES:**

Pursuant to Local Rule 123, counsel for Defendant Subaru of America, Inc. hereby provides notice that the following cases filed in this Court are related:

- *John Wade v. Toyota Motor North America Inc., et. al.*, No. 2:25-cv-01071-TLN-CKD (the "*Wade* Action"); and

- *Franklin Huffman, et al., v. Subaru of America Inc.*, No. 2:25-cv-01453-TLN-JDP ("this Action").

On April 10, 2025, Plaintiff John Wade filed the *Wade* Action in this Court against the Toyota Defendants. On May 23, 2025, Plaintiffs Franklin Huffman, Danielle Buls, Claudia Diez, and Matthew Kull filed this Action in this Court against the Subaru Defendant, raising similar allegations and claims

as the Plaintiffs in the *Wade* Action. Both actions (the "Related Cases") have been assigned to the Honorable Troy L. Nunley.

Counsel for the parties in the Related Cases have met and conferred, and for purposes of efficiency, judicial economy, and economy of the parties, have agreed to stipulate to amendment of the Complaint in the *Wade* Action to reflect the plaintiffs and claims in this Action, and to the voluntary dismissal of this Action, on terms and conditions set forth in a Stipulation and Proposed Order, filed together with this Notice.

Dated: August 12, 2025

**SHOOK, HARDY & BACON L.L.P.**

By */s/ Amir Nassihi*
Amir Nassihi, CSB # 235936
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281
anassihi@shb.com

*Counsel for Defendant Subaru of America, Inc.*

NOTICE OF RELATED CASES

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of August, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Amir Nassihi*
AMIR NASSIHI