1  Matthew Melamed, CSB # 260272
   mmelamed@kellerrohrback.com
2  KELLER ROHRBACK L.L.P.
   180 Grand Avenue, Suite 1380
3  Oakland, CA 94612
   Telephone: (510) 463-3900
4  Fax: (510) 463-3901
5
   *Counsel for Plaintiffs*
6

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9                         SACRAMENTO DIVISION
10

11 JOHN WADE,                              Action No. 1

12                          Plaintiff      No. 2:25-cv-01071-TLN-CKD

13       v.

14 TOYOTA MOTOR NORTH AMERICA INC.;
   TOYOTA MOTOR ENGINEERING &
15 MANUFACTURING NORTH AMERICA,
   INC.; TOYOTA MOTOR SALES, U.S.A., INC.;  **JOINT STIPULATION TO AMEND
16                                          COMPLAINT AND EXTEND DEADLINES IN
                          Defendants.       ACTION NO. 1 AND TO VOLUNTARILY
17                                          DISMISS ACTION NO. 2 THEREAFTER;
18 FRANKLIN HUFFMAN, DANIELLE BULS,         ORDER**
   CLAUDIA DIEZ, AND MATTHEW KULL,
19
                          Plaintiff
20

21       v.

22 SUBARU OF AMERICA, INC.;                 Action No. 2

23                          Defendants      No. 2:25-cv-01453-TLN-JDP

24

25

26

27

28

                JOINT STIPULATION TO CONSOLIDATE AND EXTEND DEADLINES; ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs in the above-captioned cases, and Defendants Toyota Motor North America Inc., Toyota Motor Engineering & Manufacturing North America Inc., Toyota Motor Sales, U.S.A. Inc., in Action No. 1 (collectively, "Toyota Defendants") and Subaru of America, Inc. in Action No. 2 ("Subaru Defendant"), have conferred and hereby stipulate as follows:

1.     On April 10, 2025, Plaintiff John Wade filed Action No. 1 (*John Wade, et al., v. Toyota Motor North America Inc.*, et. al., No. 2:25-cv-01071-TLN-CKD) in this Court against the Toyota Defendants.

2.     On May 23, 2025, Plaintiffs Franklin Huffman, Danielle Buls, Claudia Diez, and Matthew Kull filed Action No. 2 in this Court (*Franklin Huffman, et al., v. Subaru of America Inc.*, No. 2:25-cv-01453-TLN-JDP) against the Subaru Defendant, raising similar allegations and claims as the Plaintiffs in Action No.1.

3.     Both actions (the "Related Cases") have been assigned to The Honorable Troy L. Nunley.

4.     Counsel for the parties in the Related Cases have met and conferred, and agree to the following for purposes of efficiency, judicial economy, and economy of the parties:

- Plaintiffs shall file an Amended Complaint in Action No. 1, which will include the parties to both Action No. 1 and Action No. 2, no later than 21 days following entry of the Order approving this Stipulation, and such amendment shall be without prejudice to Plaintiffs' right to amend as a matter of course under Fed. R. Civ. P. 15(a)(1)(B);

- On the same date that Plaintiffs file an Amended Complaint in Action No. 1, Plaintiffs shall dismiss Action No. 2;

- Pending Plaintiff's filing of the Amended Complaint in Action No. 1, the Subaru Defendant's time to respond to the Complaint in Action No. 2 shall be extended without date and stayed, and Subaru shall no longer be required to file such a response once the dismissal of Action No. 2 is filed;

- Defendants will respond to the Amended Complaint in Action No. 1 (including the filing of Rule 12 motions to dismiss) no later than 40 days after the filing of the Amended Complaint.

- If any Defendant files a motion to dismiss, then with respect to each said motion, Plaintiffs' opposition shall be filed no later than 40 days after the motion to dismiss is filed, and each moving Defendant shall have 21 days thereafter to file a reply. Defendants agree that they will not seek to dismiss based on misjoinder grounds.

- Plaintiffs' right to amend their Amended Complaint under Fed. R. Civ. P. 15(a)(1)(B) shall not be prejudiced by the filing of the Amended Complaint as hereby stipulated.

- The Court shall defer setting the remainder of the Case Schedule until resolution of the Motion(s) to Dismiss, at which point the Parties shall confer and propose a Case Schedule.

5.    Nothing in this stipulation shall prejudice any Party's rights, defenses, or claims in these proceedings, including any defenses that the Toyota Defendants or the Subaru Defendant may have to Plaintiffs' claims or class allegations.

**IT IS SO STIPULATED AND AGREED.**

DATED this 8th day of August ,2025.

**KELLER ROHRBACK L.L.P.**

By */s/ Matthew Melamed*
    Matthew Melamed, CSB # 260272
    180 Grand Avenue, Suite 1380
    Oakland, CA 94612
    Phone: (510) 463-3900
    Fax: (510) 463-3901
    mmelamed@kellerrohrback.com

    Ryan McDevitt (pro hac vice)
    1201 Third Avenue, Suite 3400
    Seattle, WA 98101-3268
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    rmcdevitt@kellerrohrback.com

    Norjmoo Battulga, CSB # 337188
    601 SW 2nd Avenue, Suite 1900
    Portland, OR 97204
    Phone: (971) 253-4600
    Fax: (206) 623-3384
    nbattulga@kellerrohrback.com

    Jonathan Shub (CSB # 237708)
    Benjamin F. Johns (pro hac vice)
    Samantha E. Holbrook (pro hac vice)
    SHUB JOHNS & HOLBROOK LLP
    Four Tower Bridge
    200 Barr Harbor Drive, Suite 400
    Conshohocken, PA 19428
    Phone: (610) 477-8380
    bjohns@shublawyers.com
    sholbrook@shublawyers.com

    Ethan D. Roman (pro hac vice)
    WITTELS MCINTURFF PALIKOVIC
    305 Broadway, 7th Floor
    New York, NY 10007
    Phone: (914) 775-8862
    edr@wittelslaw.com

*Counsel for Plaintiffs John Wade, Franklin Huffman, Danielle Buls, Claudia Diez and Matthew Kull*

**MORGAN LEWIS & BOCKIUS LLP**

By */s/ Lisa R. Weddle*
    Lisa R. Weddle, CSB # 259050
    David L. Schrader, CSB # 149638
    300 South Grand Avenue, 22nd Floor
    Los Angeles, CA 90071
    Phone: (213) 612-2500
    Fax: (213) 612-2501
    lisa.weddle@morganlewis.com
    david.schrader@morganlewis.com

*Counsel for Defendants Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America and Toyota Motor Sales, U.S.A., Inc.*

**SHOOK, HARDY & BACON L.L.P.**

By */s/ Amir Nassihi*
    Amir Nassihi, CSB # 235936
    555 Mission Street, Suite 2300
    San Francisco, CA 94105
    Phone: (415) 544-1900
    Fax: (415) 391-0281
    anassihi@shb.com

*Counsel for Defendant Subaru of America, Inc.*

**ORDER**

Having reviewed the Parties' stipulation, and finding good cause exists for the requested relief, the Court hereby GRANTS the stipulation and establishes the following schedule:

1.      Plaintiffs shall file an Amended Complaint in Action No. 1, including the parties to both Action No. 1 and Action No. 2, no later than 21 days from the entry of this Order;

2.      Such amendment shall be without prejudice to Plaintiffs' right to amend as a matter of course under Fed. R. Civ. P. 15(a)(1)(B);

3.      On the same date that Plaintiffs file an Amended Complaint in Action No. 1, Plaintiffs shall dismiss Action No. 2;

4.      Pending Plaintiff's filing of the Amended Complaint in Action No. 1, the Subaru Defendant's time to respond to the original Complaint in Action No. 2 shall be extended without date and stayed, and Subaru shall no longer be required to file such a response once the dismissal of Action No. 2 is filed;

5.      Defendants will respond to the Amended Complaint no later than 40 days after the filing of the Amended Complaint;

6.      If Defendants respond by way of motion(s) to dismiss, and Plaintiffs file opposition to the motion(s) to dismiss, such opposition shall be filed no later than 40 days from the filing of the motion(s), and Defendants shall have 21 days thereafter to file any reply.

**IT IS SO ORDERED.**

DATED this ___14th___ day of ___August___ , 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE